**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------- x

HELEN RAMBO
                                                       :
                                                       :
        *Plaintiff,*                                   :    Civil Action No. 14-1257 MRH
                                                       :
            v.                                         :
                                                       :
HEARTLAND RESTAURANT GROUP,                            :
d/b/a DUNKIN' DONUTS,                                  :
                                                       :    **JOINT STIPULATION OF**
        *Defendant.*                                   :    **DISMISSAL WITH PREJUDICE**
                                                       :
                                                       :
-------------------------------------------------------- x


        Plaintiff Helen Rambo and Defendant Heartland Restaurant Group, a franchisee of

Dunkin' Donuts Franchising LLC, d/b/a Dunkin' Donuts, by their attorneys, pursuant to Rule

41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of the Fair Labor

Standards Act claim in Plaintiff's Complaint, with prejudice, with each side to bear their own

costs and attorneys' fees as to that claim.

Dated:  August 13, 2015                      Respectfully Submitted,


s/ Jeffrey W. Chivers_____         s/ Joshua C. Vaughn _____
Joseph H. Chivers, Esquire                   Allison L. Feldstein
PA ID No. 39184                              PA I.D. No. 202018
Jeffrey W. Chivers, Esquire                  Joshua C. Vaughn
PA ID No. 319673                             PA I.D. No. 203040
100 First Avenue, Suite 1010                 Eckert Seamans Cherin & Mellott, LLC
Pittsburgh, PA 15222-1514                    600 Grant Street, 44th Floor
jchivers@employmentrightsgroup.com           Pittsburgh, PA  15219
jwc@employmentrightsgroup.com                Telephone:  (412) 566-2182
(412) 227-0763 / (412) 281-8481 FAX          Fax: (412) 566-6099
                                             afeldstein@eckertseamans.com


*Counsel for Plaintiff*                      *Counsel for Defendant*