**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------- x

HELEN RAMBO                          :
                                     :
            *Plaintiff,*             :        **Civil Action No. 14-1257 MRH**
                                     :
            v.                       :
                                     :
HEARTLAND RESTAURANT GROUP,          :
d/b/a DUNKIN' DONUTS,                :
                                     :        **Filed Electronically**
            *Defendant.*             :
                                     :
-------------------------------------------------------- x

**Plaintiff's Motion, with Consent, for Leave To File a Second Amended Complaint**

Pursuant to Fed. R. Civ. P. 15(a)(2) and for the reasons stated below, Plaintiff Helen Rambo respectfully asks this Court to enter an order granting Plaintiff leave to file and deeming filed the Second Amended Complaint attached hereto as Exhibit A.

1.      As noted in the Court's order dated June 18, 2015, the parties have chosen to resolve this case and the only matters remaining to be completed are execution of settlement documents and submission of a stipulation for dismissal.

2.      During a conference call with counsel for the parties on August 5, 2015, the Court advised the parties that Plaintiff is permitted to file a Second Amended Complaint in this action abandoning her claim under the Fair Labor Standards Act and containing only her claim under the Pennsylvania Minimum Wage Act.

3.      Accordingly, Plaintiff hereby seeks leave of Court to file the Second Amended Complaint, attached hereto as Exhibit A.

4.      Defendant Heartland Restaurant Group consents to the relief sought in this motion.

1

5.      Allowance of this motion will not prejudice either party or unduly delay the proceeding.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Proposed Order attached hereto, thereby granting Plaintiff leave to file and deeming filed the Second Amended Complaint attached hereto as Exhibit A.

Dated: August 13, 2015                                    Respectfully submitted,
       Pittsburgh, PA

                                                         s/  Jeffrey W. Chivers

                                                         Joseph H. Chivers, Esq.
                                                            jchivers@employmentrightsgroup.com
                                                         Jeffrey W. Chivers, Esq.
                                                            jwc@employmentrightsgroup.com
                                                         THE EMPLOYMENT RIGHTS GROUP
                                                         100 First Avenue, Suite 1010
                                                         Pittsburgh, PA  15222
                                                         Tel.:  (412) 227-0763

                                                         *Counsel for Plaintiff*
                                                         *Helen Rambo*

2

## Certificate of Service

I hereby certify that, on this 13th day of August, 2015, a true and correct copy of the foregoing **Plaintiff's Motion, with Consent, for Leave To File a Second Amended Complaint** was filed via the court's CM/ECF system, which will send notice and copies to counsel of record.

By: s/ Jeffrey W. Chivers

Jeffrey W. Chivers, Esq.
   jwc@employmentrightsgroup.com
THE EMPLOYMENT RIGHTS GROUP
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
Tel.: (412) 227-0763

*Counsel for Plaintiff*
*Helen Rambo*